IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH HULLINGER ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE LIFE INSURANCE COMPANY OF ) <br> NORTH AMERICA, ) <br> ) <br> SCHLUMBERGER LONG TERM ) <br> DISABILITY PLAN, ) <br> ) <br> Defendants ) <br> ) | No. 1:07-CV-01810 (RMU) <br><br> Initial Filing: Schlumberger LTD Plan <br> 7 Times Square <br> New York, NY 10036 |

**DEFENDANTS' UNOPPOSED MOTION TO ENLARGE TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), defendants The Life Insurance Company of North America ("LINA") and Schlumberger Long Term Disability Plan ("the Plan"), by and through their undersigned counsel, respectfully request an extension of time through December 13, 2007, to file a responsive pleading to plaintiff's Complaint. In support of this motion, defendants state the following:

1. On October 4, 2007, plaintiff filed the Complaint in this case. On October 23, the Plan was served with the summons and the complaint. The Plan's response is currently due November 13, 2007, the same date this motion is being filed. Although LINA has not yet been served with the summons and complaint, the Plan and LINA anticipate filing a joint responsive pleading in this case.

2. Due to prior travel and work commitments, counsel for defendants need additional time to prepare a responsive pleading.

3.  In light of these circumstances, counsel for defendants conferred with counsel for Keith Hullinger, in accordance with Local Rule 7(m), regarding an extension of the time by which defendants must file a response. Counsel for Keith Hullinger agreed to an extension of time to December 13, 2007.

For these reasons, defendants respectfully request that the Court grant an extension of time until December 13, 2007, to file a responsive pleading to plaintiff's Complaint. A proposed order is attached.

Dated: November 13, 2007

Respectfully submitted,

Alex J. Bourelly (D.C. Bar No. 441422)
Rachel B. Cochran
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D.C., 20004-2400
(202) 639-7700

Maryanne Lyons
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana
Houston, TX 77002

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH HULLINGER<br><br>Plaintiff,<br><br>v.<br><br>THE LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>SCHLUMBERGER LONG TERM DISABILITY PLAN,<br><br>Defendants | No. 1:07-CV-01810 (RMU) |

## ORDER

This matter came before the Court without a hearing pursuant to defendants The Life Insurance Company of North America and Schlumberger Long Term Disability Plan's Motion to Enlarge Time to Answer or Otherwise Respond to Complaint. Upon consideration of the motion, it is hereby ORDERED this ____ day of November, 2007, that the Motion is GRANTED.

It is further ORDERED that defendants The Life Insurance Company of North America and Schlumberger Long Term Disability Plan will have until December 13, 2007 to file a responsive pleading to plaintiff's Complaint.

SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge