IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH HULLINGER ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE LIFE INSURANCE COMPANY OF ) <br> NORTH AMERICA, ) <br> ) <br> SCHLUMBERGER LONG TERM ) <br> DISABILITY PLAN, ) <br> ) <br> Defendants ) <br> ) | No. 1:07-CV-01810 (RMU) |

## MOTION FOR *PRO HAC VICE* ADMISSION OF MARYANNE LYONS

Pursuant to Local Civil Rule 83.2(d), Alex J. Bourelly, Esquire, a member in good standing of the Bar of this Court, moves for the admission of Maryanne Lyons, Esquire, to appear *pro hac vice* in the above-captioned proceeding as counsel for defendants The Life Insurance Company of North America and Schlumberger Long Term Disability Plan.

In support of this motion, attached is a declaration of Maryanne Lyons, which certifies that Ms. Lyons: (1) is a partner in the law firm of Baker Botts LLP and is resident in the Houston office; (2) is a member in good standing in the courts of the State of Texas, the United States Supreme Court, the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Eighth Circuit, the U.S. District Court for the Southern District of Texas, the U.S. District Court for the Northern District of Texas, the U.S. District Court for the Eastern District of Texas and the U.S. District Court for the Western District of Texas; (3) has never been disciplined by any bar; and (4) has not sought to appear *pro hac vice* in this Court within the last two years.

WHEREFORE, good cause having been shown, it is respectfully requested that this Motion be granted.

Dated: November 14, 2007

Respectfully submitted,

_____
Alex J. Bourelly (D.C. Bar No. 441422)
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D.C., 20004-2400
(202) 639-7700

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH HULLINGER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 1:07-CV-01810 (RMU) |
| THE LIFE INSURANCE COMPANY OF ) | |
| NORTH AMERICA, ) | |
| ) | |
| SCHLUMBERGER LONG TERM ) | |
| DISABILITY PLAN, ) | |
| ) | |
| Defendants ) | |

## DECLARATION OF MARYANNE LYONS
## IN SUPPORT OF *PRO HAC VICE* MOTION

I, Maryanne Lyons, declare as follows:

1. My name is Maryanne Lyons and I am an attorney with the law firm of Baker Botts LLP, counsel for defendants in this case.

2. My office address is Baker Botts L.L.P., One Shell Plaza, 910 Louisiana, Houston, TX 77002. My telephone number is 713-229-1632.

3. I have been admitted to the State Bar of Texas, United States Supreme Court, U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals for the Eighth Circuit, U.S. District Court for the Southern District of Texas, U.S. District Court for the Northern District of Texas, U.S. District Court for the Eastern District of Texas and U.S. District Court for the Western District of Texas.

      4.    I certify that I have not been disciplined by any bar.

      5.    I have not been admitted *pro hac vice* to this Court within the last two years.

      6.    I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13th day of November, 2007.

*Maryanne Lyons*
Maryanne Lyons

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH HULLINGER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 1:07-CV-01810 (RMU) |
| THE LIFE INSURANCE COMPANY OF ) | |
| NORTH AMERICA, ) | |
| ) | |
| SCHLUMBERGER LONG TERM ) | |
| DISABILITY PLAN, ) | |
| ) | |
| Defendants ) | |

## ORDER GRANTING *PRO HAC VICE* ADMISSION OF MARYANNE LYONS

Upon consideration of the motion for the *pro hac vice* admission of Maryanne Lyons, sponsored by Alex J. Bourelly, who is a member in good standing of the Bar of this Court, and the accompanying Declaration of Maryanne Lyons, it is hereby

ORDERED that the motion is granted and Ms. Lyons is admitted *pro hac vice*.

SO ORDERED.

Dated: November___, 2007

_____
Ricardo M. Urbina
United States District Judge