IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH HULLINGER<br><br>Plaintiff,<br><br>v.<br><br>THE LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>SCHLUMBERGER LONG TERM DISABILITY PLAN,<br><br>Defendants | No. 1:07-CV-01810 (RMU) |

**JOINT PROPOSED SCHEDULE AND INITIAL REPORT**

Plaintiff Keith Hullinger and Defendants The Life Insurance Company of North America ("LINA") and Schlumberger Long Term Disability Plan (the "Plan"), pursuant to the December 14, 2007 Order, submit their joint proposed schedule and report.

**Local Rule 16.3(c) - Matters Discussed By the Parties**

1. No dispositive motions have yet been filed.  The parties believe, however, that resolution of this case on cross-motions for summary judgment is appropriate since the dispute concerns the Court's review of an administrative determination made by the Defendants pursuant to a long term disability plan governed by ERISA.

2. No other parties are expected to be joined.  No amended pleadings are contemplated. Some of the factual and logistical issues can be agreed upon or narrowed.

3. At this time, the parties do not consent to assigning this case to a magistrate judge.

4. The parties believe that settlement discussions are likely to take place during the course of the litigation, and there may be a realistic possibility of settling the case.

5. After consideration of the factors listed in Local Rule 16.3(c)(5)(i) - (v), the parties do not believe that ADR would be useful at the present time, but will explore the issue as the case develops.

6. The parties agree that the case can be resolved on cross-motions for summary judgment. The parties propose the following schedule:

> Defendants will provide a copy of the file maintained in connection with Plaintiff's claim for benefits (the "Administrative Record") to Plaintiff on or before February 29, 2008.
>
> Plaintiff will file his Motion for Summary Judgment and brief in support on or before March 28, 2008.
>
> Defendants will file their brief in opposition to plaintiff's Motion for Summary Judgment and in support of their Cross-Motion for Summary Judgment, if any, on or before April 25, 2008.
>
> Plaintiff may file a reply brief and opposition to Defendants' Cross-Motion for Summary Judgment, if any, on or before May 16, 2008.
>
> Defendants may file a reply to Plaintiff's opposition to their Cross-Motion for Summary Judgment, if any, on or before May 29, 2008.

7. Defendants will provide a copy of the Administrative Record to Plaintiff on or before February 29, 2008. Rule 26(a)(1) disclosures are not appropriate in this case because the Court's review is confined to the Administrative Record.

8. Discovery is not appropriate because the Court's review is confined to the Administrative Record.

9. The use of expert witnesses is not appropriate because the Court's review is limited to the Administrative Record.

10. Not applicable.

11. The parties agree that no bifurcation of the case is necessary.

12-13. Scheduling a pretrial conference or trial date is unnecessary at this time because the case will likely be resolved on the summary judgment motions.

Dated:  January 17, 2008

Respectfully submitted,

| | |
|---|---|
| __/s/ Scott B. Elkind_____<br>         with permission - RBC<br>Scott B. Elkind (D.C. Bar No. 43881)<br>Elkind & Shea<br>801 Roeder Road, Suite 550<br>Silver Spring, MD 20910<br>(301) 445-6665<br><br>*Attorney for Plaintiff* | _____/s/ Rachel B. Cochran_____<br>Rachel B. Cochran (D.C. Bar No. 500251)<br>Baker Botts L.L.P.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C., 20004-2400<br>(202) 639-7700<br><br>Maryanne Lyons<br>Baker Botts L.L.P.<br>One Shell Plaza<br>910 Louisiana<br>Houston, TX 77002<br>(713) 229-1632<br><br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH HULLINGER,<br><br>    Plaintiff,<br><br>    v.<br><br>THE LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>SCHLUMBERGER LONG TERM DISABILITY PLAN,<br><br>    Defendants | No. 1:07-CV-01810 (RMU) |

## [PROPOSED] SCHEDULING ORDER

| | |
|---|---|
| February 29, 2008 | Defendants provide a copy of the Administrative Record to Plaintiff; |
| March 28, 2008 | Plaintiff files Motion for Summary Judgment; |
| April 25, 2008 | Defendants file Response and Cross-Motion for Summary Judgment; |
| May 16, 2008 | Plaintiff files Reply and Response to Cross-Motion for Summary Judgment; |
| May 29, 2008 | Defendants file Reply. |

Arguments on motions will be scheduled at the Court's discretion.

    SO ORDERED.

    Dated: January ___, 2008

_____
Ricardo M. Urbina
United States District Judge