IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH A. HULLINGER | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No: 1:07-cv-01810 |
| | : |
| THE LIFE INSURANCE COMPANY OF NORTH AMERICA, a subsidiary of CIGNA CORPORATION | : |
| | : |
| and | : |
| | : |
| SCHLUMBERGER LONG TERM DISABILITY PLAN | : |
| | : |
| Defendants. | : |

## NOTICE OF DISMISSAL

The parties, stating that the parties have settled this matter hereby moves to dismiss this case with prejudice.

Respectfully submitted,

_____/s/_____          _____/s/_____
Scott B. Elkind, Bar 43881          Maryanee Lyons
Elkind & Shea          Baker Botts, LLP
801 Roeder Rd., Ste. 550          One Shell Plaza
Silver Spring, MD 20910          910 Louisiana
P: (301) 495-6665          Houston, TX 77002
F: (301) 565-5111          P: (713) 229-1632
Attorney for Plaintiff          F: (713) 229-2732
          Attorney for Defendants